# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESS HOWARD KRIEHN,
                    **Appellant,**
       vs.
LANCER INSURANCE,
                    **Respondent.**

No. 80929

**FILED**

APR 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an oral district court decision to dismiss appellant's action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Review of the notice of appeal and documents transmitted to this court reveals a jurisdictional defect. The oral order challenged in this appeal is of no effect and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). And no written order memorializing the court's oral decision appears on the district court docket sheet. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

_____

[1]Any aggrieved party may file a new notice of appeal once the district court enters an appealable order.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-13548

cc: Hon. Joanna Kishner, District Judge
Jess Howard Kriehn.
Schuetze & McGaha, P.C.
Eighth District Court Clerk